THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WEST AMERICAN INSURANCE COMPANY, and NORTH PACIFIC INSURANCE COMPANY,

    Plaintiffs,

v.

DEL RAY PROPERTIES, INC., a Washington corporation; CITY OF LONGVIEW, a Washington municipal corporation; SHARON DOERR, an individual,

    Defendants.

No.: 3:22-cv-05563-BJR

**ORDER GRANTING PLAINTIFFS' MOTION FOR REIMBURSEMENT OF DEFENSE COSTS AND GRANTING JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEL RAY PROPERTIES, INC.**

THIS MATTER comes before the Court on Plaintiffs' Motion for Reimbursement of Defense Costs [Dkt. No. 28]. Having reviewed the motion, the record of the case, and no opposition to the motion having been filed, the Court HEREBY GRANTS the motion and ENTERS JUDGMENT against Del Ray Properties, Inc. as follows:

| | |
|---|---|
| 1. Judgment Creditors: | West American Insurance Company<br>North Pacific Insurance Company |
| 2. Attorneys for Judgment Creditor: | Michael A. Guadagno and Daniel Rhim of Bullivant Houser Bailey PC |

| 3. Judgment Debtor: | Del Ray Properties, Inc. |
|---|---|
| 4. Net Judgment Amount to Del Ray Properties, Inc. | $12,140.00 |
| **5. TOTAL JUDGMENT** | **$12,140.00** |

DATED: this 22nd day of January 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge